IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF MISSISSIPPI
SOUTHERN DIVISION

GEORGE NIXON											PLAINTIFF

VS.							CAUSE NUMBER: 1:09CV289-LG-RHW

STATE FARM FIRE AND CASUALTY COMPANY						DEFENDANT

## SUGGESTION OF DEATH

COMES NOW, H. Scot Spragins, counsel of record for the defendant, State Farm Fire and Casualty Company, and suggests to the Court, pursuant to Fed.R.Civ.P. 25, that the plaintiff, George Nixon, passed away.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000

BY: */s/ H. Scot Spragins*
     H. SCOT SPRAGINS, MSB # 7748

## CERTIFICATE OF SERVICE

I, **H. SCOT SPRAGINS**, one of the attorneys for the Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED, July 13, 2009

                                                */s/ H. Scot Spragins*
                                                **H. SCOT SPRAGINS**

H. SCOT SPRAGINS, MSB # 7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000