UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GEORGE NIXON                                                                                              PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:09CV289-LG-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                            DEFENDANT

## ORDER GRANTING MOTION TO SUBSTITUTE

Before the Court is Plaintiff's [24] Motion to Substitute the Estate of George Nixon as the proper Plaintiff pursuant to Fed. R. Civ. P. 25. Plaintiff further requests that the caption of the case be changed to reflect the substitution of the Estate of George Nixon, administered by Donald P. Sigalas, as the party Plaintiff. Defendant represents to the Court that it does not oppose the substitution.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's [24] Motion to Substitute Party is GRANTED, and that the clerk of the court is directed to change the caption in this case to reflect that the party Plaintiff be identified as "Estate of George Nixon, by and through the Administrator of the Estate, Donald P. Sigalas".

SO ORDERED, this the 14th day of January, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE